# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1627

_____

Michael Andrew Schlegel,

       Appellant,

    v.

Rachel Paulose,

       Appellee.

\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Minnesota.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: August 4, 2009
Filed: August 6, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Schlegel challenges the district court's[1] dismissal of his petition for a writ of mandamus. We affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.